Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2004
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRACY TURNER, ) | CV-00-00215-NM (RC) |
| Petitioner, ) | [PROPOSED] ORDER |
| ) | |
| v. ) | RE: EXTENSION OF TIME TO FILE TRAVERSE |
| ) | |
| C.A. TERHUNE, Warden ) | DATE: N/A |
| Respondent. ) | TIME: N/A |
| ) | CTRM: Hon. Rosalyn M. Chapman |

DOCKETED ON CM
JAN 21 2004
BY _____ 021

Good cause having been found, this Court grants petitioner's request for an extension of time up to and including February 20, 2004, in which to file his Traverse.

IT IS SO ORDERED.

DATED: January 16, 2004

HON. ROSALYN M. CHAPMAN
United States Magistrate Judge

Submitted by:

Darlene M. Ricker
29170 Heathercliff Road #4
Malibu, California 90265

Attorney for Petitioner, Tracy Turner

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 29170 Heathercliff Road #4, Malibu, California 90265.

At the direction of a member of the bar of this Court, I served the foregoing document described as **"PROPOSED ORDER RE: EXTENSION OF TIME TO FILE TRAVERSE"** on January 14, 2004, on all interested parties in this action as follows:

Gary A. Lieberman, Esq.
Deputy Attorney General
Office of Attorney General of California
300 S. Spring St., Ste. 500
Los Angeles, CA 90013-1204

Tracy Turner
# K-09603
Chuckawalla State Prison
PO Box 2349
Blythe, CA 92226

( x )   By mail, I caused said document to be placed in an envelope, with postage thereon fully prepaid, in the United States mail at Malibu, California.

(   )   By facsimile, I caused said document to be transmitted for immediate receipt to the office(s) of the addressee(s) listed above/on the attached service list to the corresponding facsimile number(s) indicated by "*."

(   )   By personal service, I caused said document to be personally delivered to the office(s) of the addressee(s) via messenger.

(   )   By Federal Express, I caused said document to be delivered for overnight/next business to the office(s) of the addressee(s).

Executed on January 14, 2004, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

KAREN VAN HOEPEN