DOCKETED ON CM

FEB 27 2004

BY_____052

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 00-0215-NM(RC)          Date: February 27, 2004

Title:  Tracy Turner, aka Terry Tucker v. C.A. Terhune, Director
        of the California Department of Corrections
================================================================
DOCKET ENTRY

================================================================
     **HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE**

Debra Taylor                     None
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:   ATTORNEYS PRESENT FOR RESPONDENT:
None Present                        None Present

PROCEEDINGS:   (IN CHAMBERS) ORDER RELIEVING APPOINTED COUNSEL


     The Court, having reviewed counsel for petitioner's request
to be relieved as appointed counsel, **hereby grants** that request,
and, as a condition of granting the request, **orders** counsel not
to submit any requests for payment for work previously done on
this case.

     The Court, having read all documents in this case, including
the supplemental return, finds that, at this time, appointment of
counsel to substitute for Ms. Ricker is not warranted.  Bonin v.
Vasquez, 999 F.2d 425, 429 (9th Cir. 1993); cf. Rule 8, 28 U.S.C.
foll. § 2254.  However, in the event an evidentiary hearing is
ordered, the Court will reconsider whether to appoint new counsel
for petitioner.  Nevertheless, the Ninth Circuit Court of Appeals
may decide to appoint substitute counsel for Ms. Ricker.  Thus,
if substitute counsel has not been appointed by the Ninth Circuit
by April 1, 2004, Ms. Ricker **is ordered** to turn over her files to
petitioner at that time, and to file a declaration establishing
she has done so.  On the other hand, if substitute counsel is
appointed by the Ninth Circuit prior to April 1, 2004, Ms. Ricker
**is ordered** to turn over her files to substitute counsel at that
time, and to file a declaration establishing she has done so.  In
the meantime, the date by which the traverse must be filed is
extended to June 1, 2004.





Service List:

Tracy Turner
aka Terry Tucker
CDC #K-09603
Chuckawalla Valley State Prison
19025 Wiley's Well Road
P.O. Box 2289
Blythe, CA 92226

Darlene M. Ricker
29170 Heathercliff Road
Suite 4
Malibu, California 90265

Gary A. Lieberman
Deputy Attorney General
300 South Spring Street
Suite 5000
Los Angeles, CA 90013

SCANNED

**Initials of Deputy Clerk** 

S.\DOCS\Case000\00-0215.11.wpd
2/27/04

2