# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge  Chapman

From: W. Taylor, Deputy Clerk   Date Received: 3/12/04

Case No.: CV00-00215-NM(RC)   Case Title: Turner v. Terhune

Document Entitled: Notice of the Appointment Counsel

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone number
☒ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5  No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☐ Other: _____

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

========================================================================

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

3/16/04                             _____
Date                                U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

_____             _____
Date                                U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
MAR 16 2004
BY _____ 026

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)                     NOTICE OF DOCUMENT DISCREPANCIES           *U.S. GPO: 2003-578-839/70059

MAR 17 2004