

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TURNER, aka TERRY TUCKER, | Case No. CV 00-0215-NM(RC) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE FOLLOWING REMAND |
| vs. | |
| C.A. TERHUNE, Director of the California Department of Corrections, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation Following Remand of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation Following Remand is approved and adopted; (2) the Report and Recommendation Following Remand is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for



DOCKETED ON CM
MAR 1 2005

writ of habeas corpus and dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation Following Remand and Judgment by the United States mail on the parties.

DATED: February 27, 2005

NORA MANELLA
UNITED STATES DISTRICT JUDGE

R&Rs\00-0215.ado2
2/17/05